No. 03–87.  LYNCH *v.* TRENDWEST RESORTS, INC.  C. A. 9th Cir.  Certiorari denied. .

No. 03–88.  BOOKRUM *v.* BOOKRUM ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–92.  HAYS *v.* HOFFMAN ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–93.  ADKINS *v.* WEST VIRGINIA.  Cir. Ct. Jackson County, W. Va.  Certiorari denied.

No. 03–94.  CHRISTENBERRY ET AL. *v.* ALLEN.  C. A. 11th Cir.  Certiorari denied.

No. 03–96.  STERLING *v.* ROE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–97.  GREEN *v.* AMERICA ONLINE, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–98.  MARTINEZ *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 03–99.  RENDALL *v.* SEDITA ET AL.  C. A. 2d Cir.  Certiorari denied.  .

No. 03–100.  MORRISON ET VIR *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–104.  ROSS *v.* UNIVERSITY OF SOUTH CAROLINA.  Ct. App. S. C.  *Certiorari denied.*

No. 03–106.  FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA ET AL. *v.* NEMARIAM ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 03–108.  MOE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–110.  COLSTAD *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 03–112.  SCHLENK *v.* FORD MOTOR CREDIT CO.  C. A. 6th Cir.  Certiorari denied.